IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES D. BABER, d/b/a C & J
DISTRIBUTING COMPANY,

      Plaintiff,

vs.                                          Civ. No. 97-904 MV/WWD

EARTHGRAINS BAKING COMPANIES,
INC., f/k/a CAMPBELL TAGGART
COMPANIES, INC.,

      Defendant.

## MEMORANDUM OPINION AND ORDER

      This matter comes before the Court upon Plaintiff's Motion to Compel Discovery filed December 11, 1997 [Docket #36]. Plaintiff seeks an Order requiring full and complete production and responses to requests for production 1, 2, 3, and 7; and interrogatories 4, 5, 7, and 15. The motion is well taken with respect to requests for production 1, 2, and 3; and interrogatories 4, 5, and 7.

      **WHEREFORE,**

      **IT IS ORDERED** that on or before January 9, 1998, Defendant shall make full and complete document production or interrogatory responses with respect to requests for production 1, 2, and 3; and interrogatories 4, 5, and 7.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE